1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
           160 Spear Street, Suite 800
6          San Francisco, California 94105
7          Telephone: (415) 977-8926
           Facsimile: (415) 744-0134
8          E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
11                            SACRAMENTO DIVISION
12
   LISA HUGHETT,                    )   Case No. 2:12-cv-00808-CMK
13         Plaintiff,                )
   v.                                )
14                                   )   STIPULATION AND ORDER FOR
                                     )   A FIRST EXTENSION OF 30 DAYS FOR
15                                   )   DEFENDANT TO FILE HIS MOTION
   MICHAEL J. ASTRUE,                )   FOR SUMMARY JUDGMENT
16 Commissioner of Social Security,  )
17         Defendant.                )
   _____   )
18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective
20 counsel of record, that Defendant shall have a first extension of time of 30 days to file his motion
21 for summary judgment.  The undersigned counsel are attempting to determine whether this case
22 can be settled, and counsel for Defendant requires additional time to communicate with his client
23 regarding possible settlement.  Thus, the parties request an additional 30 days to attempt to settle
24 the case or in the alternative for Defendant to brief the case.
25     The current due date is September 12, 2012; the new due date will be October 12, 2012.
       Respectfully submitted September 7, 2012.
26
27
28

Stip. & Prop. Order for Extension              1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 7, 2012 | /s/ Ann Cerney |
| | (As authorized via email) |
| | ANN CERNEY |
| | Attorney for Plaintiff |
| | |
| | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| Date: September 7, 2012 | By s/ Daniel P. Talbert |
| | DANIEL P. TALBERT |
| | Special Assistant U. S. Attorney |
| | |
| | Attorneys for Defendant Michael J. Astrue |

ORDER

APPROVED AND SO ORDERED.

DATED:  September 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension                 2