1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
          160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone:  (415) 977-8926
7         Facsimile:  (415) 744-0134
8         E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant

                  UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA
11                   SACRAMENTO DIVISION

12 LISA HUGHETT,                  )    Case No. 2:12-cv-00808-CMK
13      Plaintiff,                )
   v.                             )    STIPULATION AND ~~PROPOSED~~ ORDER TO
14                                )    REMAND FOR FURTHER PROCEEDINGS
                                  )    PURSUANT TO SENTENCE FOUR OF
15 MICHAEL J. ASTRUE,             )    42 U.S.C. § 405(g), AND FOR ENTRY OF
16 Commissioner of Social Security, ) JUDGMENT IN FAVOR OF PLAINTIFF
        Defendant.                )    AND AGAINST DEFENDANT
17                                )
   _____ )

18

19      IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel of record, that this action be remanded to the Commissioner of Social Security for further

21 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42

22 U.S.C. § 405(g), sentence four.

23      Plaintiff will be given an opportunity for another hearing and an opportunity to present

24 new evidence.  On remand, the Administrative Law Judge will obtain vocational expert testimony

25 to determine the effect of the claimant's non-exertional limitations on the unskilled occupational

26 base.  The Administrative Law Judge shall also evaluate the medical evidence of record in

27 accordance with applicable laws and regulations.

28      The parties further request that the Clerk of the Court be directed to enter a final judgment
   in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

   Stip. & Prop. Order for Remand              1

1 decision of the Commissioner.  The parties agree that no aspect of the Commissioner's final

2 decision is affirmed and that the ALJ will render a *de novo* decision on remand.  Nothing in this

3 proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act

4 (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent

5 Defendant from opposing any such requests.

6        Respectfully submitted September 24, 2012.

7                              Respectfully submitted,

8 Dated: September 21, 2012           */s/ Ann Cerney*

9                              (As authorized via email)
ANN CERNEY

10                              Attorney for Plaintiff

11

12                              BENJAMIN B. WAGNER
United States Attorney

13

14 Date: September 24, 2012          By *s/ Daniel P. Talbert*
DANIEL P. TALBERT

15                              Special Assistant U. S. Attorney

16                              Attorneys for Defendant Michael J. Astrue

17

18

19

20                              ORDER

21

22 APPROVED AND SO ORDERED.

23

24  DATED:  September 25, 2012

25

26                              **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

27

28

Stip. & Prop. Order for Remand            2