BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LISA HUGHETT,  ) | Case No. 2:12-cv-00808-CMK |
|    Plaintiff,  ) | |
| v.  ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| ) | REMAND FOR FURTHER PROCEEDINGS |
| ) | PURSUANT TO SENTENCE FOUR OF |
| MICHAEL J. ASTRUE,  ) | 42 U.S.C. § 405(g), AND FOR ENTRY OF |
| Commissioner of Social Security,  ) | JUDGMENT IN FAVOR OF PLAINTIFF |
|    Defendant.  ) | AND AGAINST DEFENDANT |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Plaintiff will be given an opportunity for another hearing and an opportunity to present new evidence. On remand, the Administrative Law Judge will obtain vocational expert testimony to determine the effect of the claimant's non-exertional limitations on the unskilled occupational base. The Administrative Law Judge shall also evaluate the medical evidence of record in accordance with applicable laws and regulations.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

Stip. & Prop. Order for Remand               1

decision of the Commissioner. The parties agree that no aspect of the Commissioner's final decision is affirmed and that the ALJ will render a *de novo* decision on remand. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted September 24, 2012.

Respectfully submitted,

Dated: September 21, 2012

*/s/ Ann Cerney*
(As authorized via email)
ANN CERNEY
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: September 24, 2012      By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

DATED: September 25, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Remand          2