BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LISA MARIE HUGHETT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:12-cv-00808-CMK<br><br>STIPULATION AND ORDER<br>FOR THE AWARD OF ATTORNEY FEES<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND ONE HUNDRED dollars and 0 cents ($4,100.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.

Stip. & Prop. Order for EAJA            1

1  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend
2  on whether the fees and expenses are subject to any offset allowed under the United States
3  Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered,
4  the government will determine whether they are subject to any offset.

      Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

      Respectfully submitted December 10, 2012

Dated: December 10, 2012

      Respectfully submitted,
      */s/ Ann M. Cerney*
      (As authorized via email)
      ANN M. CERNEY
      Attorney for Plaintiff


      BENJAMIN B. WAGNER
      United States Attorney

Date: December 10, 2012      By *s/ Daniel P. Talbert*
      DANIEL P. TALBERT
      Special Assistant U. S. Attorney

      Attorneys for Defendant Michael J. Astrue

**ORDER**

    Pursuant to stipulation, it is so ordered.

**Date:** <u>12/14/2012</u>

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for EAJA       3